*Gardner Gann v. Sunflower, LTD, et al.*

## Attachment to Civil Cover Sheet

I.

### Plaintiff's Attorneys:

Jeffrey L. Bowling
John A. McReynolds, IV
Evan M. Hargett
ROGERS, BOWLING & MCREYNOLDS, P.C.
303 N. Jackson Ave.
P.O. Box 669
Russellville, AL 35653
T:  256.332.2880
jeff@rbmattorneys.com
john@rbmattorneys.com
evan@rbmattorneys.com

D. Frank Davis
John E. Norris
Wesley W. Barnett
Dargan M. Ware
DAVIS & NORRIS, LLP
2154 Highland Avenue S.
Birmingham, AL 35205
T:  205.930.9900
fdavis@davisnorris.com
jnorris@davisnorris.com
wbarnett@davisnorris.com
dware@davisnorris.com

### Defendants' Attorneys:

Helen Kathryn Downs
Mary K. Mangan
MAYNARD NEXSEN PC
1901 Sixth Ave. N., Ste. 1700
Birmingham, AL 35203

T:  205.254.1000
hkdowns@maynardnexsen.com
mmangan@maynardnexsen.com