FILED

2025 Jul-11  PM 03:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

**ALABAMA SJIS CASE DETAIL**


alacourt.com

County: **33**    Case Number: **CV-2025-900080.00**    Court Action:
Style: **GARNDER GANN V. SUNFLOWER, LTD ET AL**

PREPARED FOR: MARY MANGAN
7/10/2025 3:04:26 PM

**Real Time**

## Case

### Case Information

| | | |
|---|---|---|
| County: **33-FRANKLIN** | Case Number: **CV-2025-900080.00** | Judge: **BPH:BRIAN P HAMILTON** |
| Style: **GARNDER GANN V. SUNFLOWER, LTD ET AL** | | |
| Filed: **06/09/2025** | Case Status: **ACTIVE** | Case Type: **OTHER CV CASE** |
| Trial Type: **BENCH** | Track: | Appellate Case: **0** |
| No of Plaintiffs: **1** | No of Defendants: **2** | |

### Damages

| | | |
|---|---|---|
| Damage Amt: **0.00** | Punitive Damages: **0.00** | General Damages: **0.00** |
| No Damages: | Compensatory Damages: **0.00** | |
| Pay To: | Payment Frequency: | Cost Paid By: |

### Court Action

| | | |
|---|---|---|
| Court Action Code: | Court Action Desc: | Court Action Date: |
| Num of Trial days: **0** | Num of Liens: **0** | Judgment For: |
| Dispositon Date of Appeal: | Disposition Judge: **:** | Disposition Type: |
| Revised Judgement Date: | | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | |
| Date Trial Began but No Verdict (TBNV2): | | |

### Comments

Comment 1:
Comment 2:

### Appeal Information

| | | |
|---|---|---|
| Appeal Date: | Appeal Case Number: | Appeal Court: |
| Appeal Status: | Orgin Of Appeal: | |
| Appeal To: | Appeal To Desc: | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | Disposition Type Of Appeal: | |

### Administrative Information

| | | |
|---|---|---|
| Transfer to Admin Doc Date: | Transfer Reason: | Transfer Desc: |
| Number of Subponeas: | Last Update: **06/09/2025** | Updated By: **AJA** |

## Parties

### Party 1 - Plaintiff INDIVIDUAL - GANN GARNDER

#### Party Information

| | | |
|---|---|---|
| Party: **C001-Plaintiff** | Name: **GANN GARNDER** | Type: **I-INDIVIDUAL** |
| Index: **D SUNFLOWER, L** | Alt Name: | Hardship: **No**    JID: **BPH** |
| Address 1: **303 N JACKSON AVE** | | Phone: **(256) 000-0000** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Address 2: | | | | | | |
| City: | **RUSSELLVILLE** | State: | **AL** | Zip: | **35653-0000** | Country: **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | **M** | Race: |

### Court Action

| | | | |
|---|---|---|---|
| Court Action: | | | Court Action Date: |
| Amount of Judgement: **$0.00** | | Court Action For: | Exemptions: |
| Cost Against Party: **$0.00** | | Other Cost: **$0.00** | Date Satisfied: |
| Comment: | | | Arrest Date: |
| Warrant Action Date: | | Warrant Action Status: | Status Description: |

### Service Information

| | | | |
|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Served By: Notice of No Answer: |
| Answer: | Answer Type: | Notice of No Service: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | BOW037 | | BOWLING JEFFREY LOWELL | JEFFBRBPC@BELLSOUTH.NET | (256) 332-2880 |
| Attorney 2 | MCR008 | | MCREYNOLDS JOHN ANDREW IV | JOHNMCBRBPC@GMAIL.COM | (256) 332-2880 |
| Attorney 3 | HAR411 | | HARGETT EVAN MICHAEL | EVAN@RBMATTORNEYS.COM | (256) 332-2880 |
| Attorney 4 | DAV009 | | DAVIS DUDLEY FRANK | FDAVIS@DAVISNORRIS.COM | (205) 930-9900 |
| Attorney 5 | NOR041 | | NORRIS JOHN EDWARD | JNORRIS@DAVISNORRIS.COM | (205) 930-9900 |
| Attorney 6 | BAR141 | | BARNETT WESLEY WARRINGTON | WBARNETT@DAVISNORRIS.COM | (205) 930-9900 |

## Party 2 - Defendant BUSINESS - SUNFLOWER, LTD

### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | **D001-Defendant** | Name: | **SUNFLOWER, LTD** | | Type: **B-BUSINESS** |
| Index: | **C GANN GARNDER** | Alt Name: | | Hardship: **No** | JID: **BPH** |
| Address 1: | **P.O. BOX 5114** | | | Phone: **(256) 000-0000** | |
| Address 2: | | | | | |
| City: | **FREDRICKSBURG** | State: **VA** | | Zip: **22403-0000** | Country: **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | Race: |

### Court Action

| | | | |
|---|---|---|---|
| Court Action: | | | Court Action Date: |
| Amount of Judgement: **$0.00** | | Court Action For: | Exemptions: |
| Cost Against Party: **$0.00** | | Other Cost: **$0.00** | Date Satisfied: |
| Comment: | | | Arrest Date: |
| Warrant Action Date: | | Warrant Action Status: | Status Description: |

### Service Information

| | | | |
|---|---|---|---|
| Issued: **06/09/2025** | Issued Type: **C-CERTIFIED MAIL** | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: **06/28/2025** | Service Type **C-CERTIFIED MAIL** | Service On: | Served By: Notice of No Answer: |
| Answer: | Answer Type: | Notice of No Service: | |

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 3 - Defendant BUSINESS - SUNFLOWER TECHNOLOGY, INC.

### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | D002-Defendant | Name: | SUNFLOWER TECHNOLOGY, INC. | Type: | B-BUSINESS |
| Index: | C GANN GARNDER | Alt Name: | | Hardship: No | JID: BPH |
| Address 1: | P.O. BOX 5115 | | | Phone: | (256) 000-0000 |
| Address 2: | | | | | |
| City: | FREDRICKSBURG | State: | VA | Zip: 22403-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | 06/09/2025 | Issued Type: C-CERTIFIED MAIL | Reissue: | Reissue Type: | |
| Return: | 07/01/2025 | Return Type: O-OTHER | Return: | Return Type: | |
| Served: | | Service Type | | Service On: | Served By: |
| Answer: | | Answer Type: | | Notice of No Service: | Notice of No Answer: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | 000000 | | PRO SE | | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|------------|-----------|----------|-------|-------|------------|-------------|---------|-------------|---------------|
| ACTIVE | N | AOCC - CERT-AOC | C001 | | $38.32 | $38.32 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CONV - CONV FEE | C001 | | $15.42 | $15.42 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 - CV OVER $50K | C001 | | $301.00 | $301.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM - VADM FEE | C001 | | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $399.74 | $399.74 | $0.00 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|------------------|-------------|---------------------|-------------------|----------------|--------|------------|----------|------------|-----------|--------|----------|----------|
| 06/10/2025 | RECEIPT | AOCC - CERT-AOC | 2025177 | 16205700 | $38.32 | C001 | 000 | Credit Card | N | | | MMC |
| 06/10/2025 | CREDIT | CONV - CONV FEE | 2025177 | 16205800 | $15.42 | C001 | 000 | Cash | N | | | MMC |
| 06/10/2025 | RECEIPT | CV05 - CV OVER $50K | 2025177 | 16205900 | $301.00 | C001 | 000 | Credit Card | N | | | MMC |
| 06/10/2025 | RECEIPT | VADM - VADM FEE | 2025177 | 16206000 | $45.00 | C001 | 000 | Credit Card | N | | | MMC |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 6/9/2025 | 3:21 PM | ECOMP | COMPLAINT E-FILED. | BOW037 |
| 6/9/2025 | 3:22 PM | FILE | FILED THIS DATE: 06/09/2025          (AV01) | AJA |
| 6/9/2025 | 3:22 PM | EORD | E-ORDER FLAG SET TO "Y"          (AV01) | AJA |
| 6/9/2025 | 3:22 PM | ASSJ | ASSIGNED TO JUDGE: BRIAN P HAMILTON          (AV01) | AJA |
| 6/9/2025 | 3:22 PM | SCAN | CASE SCANNED STATUS SET TO: N          (AV01) | AJA |
| 6/9/2025 | 3:22 PM | TDMN | BENCH/NON-JURY TRIAL REQUESTED          (AV01) | AJA |
| 6/9/2025 | 3:22 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE          (AV01) | AJA |
| 6/9/2025 | 3:22 PM | ORIG | ORIGIN: INITIAL FILING          (AV01) | AJA |
| 6/9/2025 | 3:22 PM | C001 | C001 PARTY ADDED: GANN GARNDER          (AV02) | AJA |
| 6/9/2025 | 3:22 PM | C001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 6/9/2025 | 3:22 PM | C001 | LISTED AS ATTORNEY FOR C001: BOWLING JEFFREY LOWE | AJA |
| 6/9/2025 | 3:22 PM | C001 | LISTED AS ATTORNEY FOR C001: MCREYNOLDS JOHN ANDR | AJA |
| 6/9/2025 | 3:22 PM | C001 | LISTED AS ATTORNEY FOR C001: HARGETT EVAN MICHAEL | AJA |
| 6/9/2025 | 3:22 PM | C001 | LISTED AS ATTORNEY FOR C001: DAVIS DUDLEY FRANK | AJA |
| 6/9/2025 | 3:22 PM | C001 | LISTED AS ATTORNEY FOR C001: NORRIS JOHN EDWARD | AJA |
| 6/9/2025 | 3:22 PM | C001 | LISTED AS ATTORNEY FOR C001: BARNETT WESLEY WARRI | AJA |
| 6/9/2025 | 3:22 PM | C001 | C001 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 6/9/2025 | 3:22 PM | D001 | D001 PARTY ADDED: SUNFLOWER, LTD          (AV02) | AJA |
| 6/9/2025 | 3:22 PM | D001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 6/9/2025 | 3:22 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE          (AV02) | AJA |
| 6/9/2025 | 3:22 PM | D001 | CERTIFIED MAI ISSUED: 06/09/2025 TO D001    (AV02) | AJA |
| 6/9/2025 | 3:22 PM | D001 | D001 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 6/9/2025 | 3:22 PM | D002 | D002 PARTY ADDED: SUNFLOWER TECHNOLOGY, INC.(AV02) | AJA |
| 6/9/2025 | 3:22 PM | D002 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 6/9/2025 | 3:22 PM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE          (AV02) | AJA |
| 6/9/2025 | 3:22 PM | D002 | CERTIFIED MAI ISSUED: 06/09/2025 TO D002    (AV02) | AJA |
| 6/9/2025 | 3:22 PM | D002 | D002 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 7/1/2025 | 12:59 PM | D002 | RETURN OF OTHER ON 07/01/2025 FOR D002          (AV02) | KAH |
| 7/1/2025 | 1:00 PM | ESERC | SERVICE RETURN | KAH |
| 7/2/2025 | 12:52 PM | C001 | SERVICE OF CERTIFIED MAI ON 07/02/2025 FOR C001 | KAH |
| 7/2/2025 | 12:53 PM | ESERC | SERVICE RETURN | KAH |
| 7/2/2025 | 12:53 PM | C001 | SERVICE DATE AND TYPE DELETED          (AV02) | KAH |
| 7/2/2025 | 12:55 PM | D001 | SERVICE OF CERTIFIED MAI ON 07/28/2025 FOR D001 | KAH |
| 7/2/2025 | 12:56 PM | D001 | SERVICE OF CERTIFIED MAI ON 06/28/2025 FOR D001 | KAH |
| 7/2/2025 | 12:56 PM | ESERC | SERVICE RETURN | KAH |

## Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 6/9/2025 3:21:58 PM | 1 | CIVIL_COVER_SHEET | CIRCUIT COURT - CIVIL CASE | 1 |
| 6/9/2025 3:21:59 PM | 2 | COMPLAINT | | 15 |
| 6/9/2025 3:23:31 PM | 3 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 6/9/2025 3:23:33 PM | 4 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 2 |
| 7/1/2025 1:00:20 PM | 5 | SERVICE RETURN | SERVICE RETURN | 2 |
| 7/1/2025 1:00:29 PM | 6 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 6 |
| 7/2/2025 12:53:13 PM | 7 | SERVICE RETURN | SERVICE RETURN | 2 |
| 7/2/2025 12:53:16 PM | 8 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |
| 7/2/2025 12:56:32 PM | 9 | SERVICE RETURN | SERVICE RETURN | 2 |
| 7/2/2025 12:56:37 PM | 10 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 6 |

*END OF THE REPORT*

ELECTRONICALLY FILED
6/9/2025 3:21 PM
33-CV-2025-900080.00
CIRCUIT COURT OF
FRANKLIN COUNTY, ALABAMA
DERRICK SCOTT, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Cas<br>33<br><br>Date of Filing:<br>06/09/2025 | Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA
### GARNDER GANN v. SUNFLOWER, LTD ET AL

**First Plaintiff:** ☐ Business   ☑ Individual   **First Defendant:** ☑ Business   ☐ Individual
☐ Government   ☐ Other                    ☐ Government   ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA  - Wrongful Death
☐ TONG  - Negligence: General
☐ TOMV  - Negligence: Motor Vehicle
☐ TOWA  - Wantonness
☐ TOPL   - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM  - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM  - Fraud/Bad Faith/Misrepresentation
☐ TOXX  - Other: _____

**TORTS: PERSONAL INJURY**
☐ TOPE   - Personal Property
☐ TORE  - Real Properly

**OTHER CIVIL FILINGS**
☐ ABAN  - Abandoned Automobile
☐ ACCT  - Account & Nonmortgage
☐ APAA  - Administrative Agency Appeal
☐ ADPA  - Administrative Procedure Act
☐ ANPS  - Adults in Need of Protective Service

**OTHER CIVIL FILINGS  (cont'd)**
☐ MSXX  - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT  - Civil Rights
☐ COND  - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP  - Contempt of Court
☐ CONT  - Contract/Ejectment/Writ of Seizure
☐ TOCN  - Conversion
☐ EQND  - Equity Non-Damages Actions/Declaratory Judgment/<br>Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD  - Eviction Appeal/Unlawful Detainer
☐ FORJ  - Foreign Judgment
☐ FORF  - Fruits of Crime Forfeiture
☐ MSHC  - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB  - Protection From Abuse
☐ EPFA  - Elder Protection From Abuse
☐ QTLB  - Quiet Title Land Bank
☐ FELA  - Railroad/Seaman (FELA)
☐ RPRO  - Real Property
☐ WTEG  - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP  - Workers' Compensation
☑ CVXX  - Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ INITIAL FILING        A ☐  APPEAL FROM        O ☐ OTHER
                                         DISTRICT COURT

              R ☐ REMANDED              T ☐  TRANSFERRED FROM
                                         OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☐ YES ☑ NO     **Note:** Checking "Yes" does not constitute a demand for a
                                                  jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**         ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
___BOW037___              ___6/9/2025 3:21:57 PM___          ___/s/ JEFFREY LOWELL BOWLING___
                          Date                                Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**        ☐ YES ☐ NO ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**     ☐ YES ☐ NO

ELECTRONICALLY FILED
6/9/2025 3:21 PM
33-CV-2025-900080.00
CIRCUIT COURT OF
FRANKLIN COUNTY, ALABAMA
DERRICK SCOTT, CLERK



DOCUMENT 2

## IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA

GARDNER GANN,         )
                       )
     **Plaintiff**        )
                       )
**v.**                     )     **Case No. _____**
                       )
**SUNFLOWER, LTD, and**   )
**SUNFLOWER TECHNOLOGY** )
**INC.,**                   )
                       )
     **Defendants.**    )

## STATEWIDE CLASS ACTION COMPLAINT

Plaintiff Gardner Gann an adult resident of Franklin County, Alabama, on his own behalf and on behalf of all others similarly situated in the state of Alabama, files this state-wide class action complaint against Sunflower, Ltd. and Sunflower Technology, Inc. ("Sunflower" or "Defendants").

## THE "SOCIAL CASINO" GAMES AT ISSUE PREY UPON ALABAMA RESIDENTS AND ARE ILLEGAL GAMBLING UNDER THE LAW

1.     In the last fifteen years, slot machine makers have found a lucrative new way of doing business. In the past, slot machine venues were limited to casinos and other businesses that attract gamblers to come into an establishment and gamble money on slots and other gambling schemes. Now, companies such as the Sunflower Defendants, have leveraged the power of modern smartphones, tablets, and computers to smuggle illegal slot machines and other gambling games into the homes and workplaces of Americans, where gamblers can satisfy their gambling

addiction 24 hours a day, 365 days a year, without having to leave their homes or places of work. These new slot machine applications, misleadingly referred to as "social casino games" or "sweeps casinos," are nothing more than illegal gambling games that can be carried in one's purse or pocket. Those addicted to gambling no longer have to travel to a casino. Now they can gamble real money from home, work, restaurants, the grocery store, while on vacation, and anywhere else where the gambler's device can receive signal.

2.      Some of the "social casino" slot machines available on the internet do not afford gamblers the opportunity to earn real money, instead allowing them to gamble only "virtual coins." Sunflower's websites, iCasino and Crown Coins, however, are among a growing number of "sweeps casinos" that allow users to play not only with "gold coins" that are pure virtual currency not redeemable for real money, but also with "sweeps coins" that can be redeemed for cash. In Alabama, both of these forms of gambling are illegal, because the law holds that the opportunity to win additional playing time is a "thing of value" such that gambling for more playing time is illegal gambling even though the gambler never has the opportunity to win his or her money back. Ala. Code 13A-12-20(11) (defining a "thing of value" to include "extension of a service entertainment or a privilege of playing at a game or scheme without charge.")

DOCUMENT 2

3.    The social ills caused by "social casino" and "sweeps casino" games, even those that do not allow users to win real money, are well-documented.  Media reports how gambling addicts spend enormous, and completely unaffordable, amounts of money on these casino games. One nurse in Houston is reported to play a slot machine game similar to defendant's here for a minimum of two hours a day. (Ex. 1, https://www.nbcnews.com/tech/technews/addicted-losing-how-casino-apps-have-drained-people-millions-n1239604 (last accessed on Aug. 19, 2024)). Between her and her husband, who plays the game with her, she estimates they have lost $150,000. She asked NBC News to withhold her name "so her family does not find out how much money they have spent on the game." (Id.). She said her and her husband "lie in bed next to each other, we have two tablets, two phones and a computer and all these apps spinning Reel Rivals at the same time. We normalize it with each other." (Id.). This is not an isolated instance.

> NBC News spoke to 21 people, including Shellz [the Houston nurse] and her husband, who said they were hooked on the casino-style games and spent significant sums of money. They described feelings of helplessness and wanting to quit but found themselves addicted to the games and tempted by the company's aggressive marketing tactics.
>
> Most of the 21 players wished to remain anonymous, as they were ashamed of their addictions and did not want their loved ones to find out about their behavior.

(Id.). For example, a "42-year-old Pennsylvania woman said she felt saddened that she spent $40,000 [on a social casino app that competes with defendant's] while

working as an addiction counselor. 'The whole time I was working as an addiction counselor, I was addicted to gambling and with no hope of winning any money back,' she said."

4.      Such problems are only exacerbated by "sweeps casinos," where users have access to real money gambling twenty-four hours a day, seven days a week. Anecdotal reports of gambling addictions in connection with social casino and sweeps casino games like defendant's are buttressed by recent scientific studies that confirm that such apps appeal to gambling addicts in much the same way as real Las Vegas-style casinos, and have a particular appeal to teenagers. One of the more troubling statistics comes from studies that show that 30% of users of these games between the ages of 12 and 18 later become regular gamblers. Hollingshead, et al., "Motives for playing social casino games and the transition from gaming to gambling (or vice versa): social casino game play as harm reduction?" 46 Journal of Gambling Issues 43 (2021). More broadly, over half of social casino and sweeps casino players reported gambling on a regular basis. (Id.). Because of this overlap, traditional gambling operators are now heavily invested in defendant's industry as a way to port players from online gambling games to real casinos. (Id.). One study showed that an astonishing 58.3 percent of gamblers seeking treatment for gambling addiction "reported social casino games as being their first introduction to gambling

activities." Kim, "Social Casino Games: Current Evidence and Future Directions," Gambling Research Exchange Ontario.

5.      Companies in the social casino and sweeps casino industry, including Defendant, have extracted tens of millions of dollars from Alabama's economy in the last five years, all without employing a single person in the state or paying a dime in taxes to Alabama's treasury. The money extracted from Alabama's economy ends up in Defendants' homeland of Israel, as well as in Hong Kong, Gibraltar, Australia, and Cyprus, where other major players in the industry are headquartered. Sunflower is a relative newcomer to the scene, and information about its annual revenues is not available. However, other sweeps casinos have reported annual revenues of more than a *billion* dollars. See, e.g. https://www.flux.finance/post/virtual-gaming-world-major-revenue. (last accessed June 6, 2025) (reporting revenue of 4.84 billion and more than $377 million in profit for one of Sunflower's competitors). Even if Sunflower is a smaller player, and even if Alabama consumers represent but a small percentage of that total, the reality is that a great deal of money is being removed from the state's economy each year. Again, this money leaves the state without creating any Alabama jobs or generating any tax revenue for the treasury.

DOCUMENT 2

## PARTIES, JURISDICTION, AND VENUE

6.      Plaintiff Gardner Gann is an adult resident citizen of Franklin County, Alabama. He played the illegal gambling games described below in Franklin County, Alabama.

7.      Defendants Sunflower, Ltd. and Sunflower Technology, Inc. are foreign corporations organized under the laws of Israel, with their principal place of business in Tel Aviv-Jaffa Israel. Each does business through online gambling games in all counties in Alabama, including Plaintiff's resident county. Neither of these defendants have a physical place of business in the state of Alabama.

8.      The events giving rise to plaintiff's claims occurred in Franklin County, Alabama and venue is proper in this forum.

9.      The named plaintiff lost less than $75,000 on Sunflower's gambling games during the six months preceding the filing of this complaint.

11.      Upon information and belief, the net of the amount class members spent on Sunflower's gambling games minus the amount redeemed during the six months preceding the filing of this complaint is less than $5,000,000.

## FACTUAL BACKGROUND

12.      Sunflower is a game developer that has created games that simulate slot machines and other gambling games, including iCasino and Crown Coins Casino,

which it makes available to the public at www.icasino.com and www.crowncoinscasino.com).

13.    Sunflower's games operate with two forms of virtual coins. The first are called gold coins, and are available for purchase, as well as being given to players when they first sign up and at certain intervals. Gold coins cannot be redeemed for real-world currency. However, when users play with gold coins and win, this extends their playing time without having to purchase more coins.

14.    The other virtual coins used by Sunflower's websites are called Sweeps Coins. Sunflower maintains that Sweeps Coins cannot be purchased. However, when individuals purchase packages of gold coins, they are "given" a set number of Sweeps Coins. Sweeps Coins can be redeemed for real-world currency. Thus, when customers play with them, they are gambling real money, whether the Defendant describes it this way or not.

15.    Sunflower's games are games of chance. Sunflower makes available online games in a variety of formats, including at the iCasino and Crown Coin Casino websites. These sites offer numerous casino-style games, especially slot machine games. Here is an example of one of these games:



16.    Plaintiff Gardner Gann spent money to play Sunflower's gambling games within the six months preceding the filing of this complaint.

17.    Defendants' games are governed by terms and conditions that facilitate the illegal gambling and are thus void pursuant to Section 8-1-150(a) of the Alabama Code, which states that "[a]ll contracts founded in whole or in part on a gambling consideration are void."

## LEGAL FRAMEWORK

18.    Gambling is illegal in Alabama, and there is a strong public policy against gambling in this state. The state's strong public policy against gambling includes a statutory right of persons who spend money on illegal gambling to recover their money.

19.    Alabama's criminal laws pertaining to gambling are codified at Sections 13A-12-20 through 13A-12-92 of the Alabama Code. The Code defines gambling as follows: "A person engages in gambling if he stakes or risks something of value upon the outcome of a contest of chance or a future contingent event not under his control or influence, upon an agreement or understanding that he or someone else will receive something of value in the event of a certain outcome." Ala. Code § 13A-12-20(4).

20.    When Sunflower's players use sweeps coins, they risk a thing of value in the hopes of winning more sweeps coins that can be redeemed for cash. When they play with gold coins, they risk them in hopes of winning more coins to extend their ability to play the game for free. As a matter of law, risking something of value for money or the "extension of a service entertainment or a privilege of playing at a game or scheme without charge" (see Ala. Code § 13A-12-20(11) are gambling under Alabama law.

23.    Alabama provides a statutory civil cause of action to recover money paid and lost due to gambling:

> All contracts founded in whole or in part on a gambling consideration are void. Any person who has paid any money or delivered any thing of value lost upon any game or wager may recover such money, thing, or its value by an action commenced within six months from the time of such payment or delivery.

Ala. Code § 8-1-150(a).

## CLASS ALLEGATIONS

24.    Plaintiff seeks to certify and represent a class pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure. The class sought to be certified is defined as follows:

> All Alabama residents who spent money purchasing virtual coins on Sunflower's websites (www.crowncoinscasino.com and www.icasino.com) and suffered a net loss on the gambling games within the six months preceding the filing of this complaint and continuing to a date to be set by the Court following certification. All employees of the Court and plaintiff's counsel, and their families, as well as any individual who suffered a net loss of more than $75,000 on Sunflower's games within the six months preceding the filing of this complaint, are excluded.

25.    This class action satisfies the numerosity requirement of Rule 23(a)(1) because joinder of all members of the plaintiff class is impracticable. There are thousands of Alabama residents who are members of the class.

26.    This class also satisfies the commonality requirement of Rule 23(a)(2) because there are central questions of fact and law that are common to the class.

DOCUMENT 2

Such common questions include, at a minimum, (a) whether Sunflower's games are games of chance; (b) whether free play is a thing of value under Alabama law, (c) whether individuals playing with Sweeps Coins can recover real money; (d) whether Sunflower's games thus constitute illegal gambling under Alabama law; and (e) whether class members are entitled to recover their losses pursuant to Section 8-1-150(a) of the Alabama Code.

27.    The proposed class satisfies the typicality requirement of Rule 23(a)(3) because the named plaintiff's claims are typical of the claims of the class members. Both plaintiff and the class members lost money in an effort to win either money (with Sweeps Coins) or additional playing time (with gold coins) on these illegal gambling games.

28.    The named plaintiff will fairly and adequately represent the interests of the class pursuant to Rule 23(a)(4). Plaintiff has no interests that conflict with the interests of the class. Furthermore, plaintiff has retained competent and experienced counsel with decades of experience litigating class cases.

29.    Plaintiff seeks certification of the class pursuant to Rule 23(b)(3), which allows class treatment of a claim where:

> (3) the court finds that the questions of law or fact common to class members predominate over any questions affecting only individual members and that a class action is superior to other available methods for fairly and efficiently adjudicating the controversy. The matters pertinent to these findings include:

DOCUMENT 2

(A) the class members' interests in individually controlling the prosecution or defense of separate actions;

(B) the extent and nature of any litigation concerning the controversy already begun by or against class members;

(C) the desirability or undesirability of concentrating the litigation of the claims in the particular forum; and

(D) the likely difficulties in managing a class action.

30.    The common questions of law and fact in this case vastly predominate over any individual issues affecting only individual class members. The *only* individual issue presented by these class members is the exact amount of money damages to which each class member is entitled. Such damages issues are routinely held not to predominate over common questions in cases like this. Indeed, the individual damages issues can be quickly and accurately resolved by examining Sunflower's own records.

31.    Class treatment is by far superior to individual litigation as a fair and efficient way to adjudicate this controversy. Given the relatively small individual amounts at issue, it is unlikely that there would be any adjudication of the class claims in this case at all.

32.    For this reason, none of the class members have any interest in controlling the prosecution of separate actions. Likewise, to our knowledge, no class member has commenced a pending action concerning this controversy.

DOCUMENT 2

33.    It would be much more desirable to concentrate this case in one action rather than allow the prosecution of individual actions because, as noted, such individual actions would likely never be filed because class members would be unlikely to have any motivation to file an individual suit.

34.    We foresee no particular difficulties in managing this case as a class action because all of the necessary information to compensate the individual class members is contained in Sunflower's own records concerning users' purchases.

## CLAIM FOR RELIEF

35.    On behalf of himself and all others similarly situated, Plaintiff Gardnerr Gann seeks recovery of the net amount of the sum paid through purchases of virtual currency on Sunflower's website or websites within the six months preceding the filing of this complaint minus the payouts to class members, pursuant to Section 8-1-150(a) of the Alabama Code.

## PRAYER FOR RELIEF

Pursuant to the legal and factual averments above, Plaintiff respectfully asks this court to:

1. Take jurisdiction of this cause;

2. Following discovery, certify this case as a class action pursuant to Rule 23(b)(3);

DOCUMENT 2

3. Appoint the undersigned as Class Counsel and the named plaintiff as class representative;

4. Enter a final judgment against Sunflower awarding plaintiff and the class members a refund of their net losses on Sunflower's illegal gambling games in the period between six months prior to the complaint and the entry of judgment;

5. Award Class Counsel reasonable attorneys' fees and expenses to be paid out of the judgment in favor of the class;

6. Award the named plaintiff a reasonable sum of money for his services in this case on behalf of the class, also to be paid out of the judgment in favor of the class;

7. Award interest and costs; and

8. Award any other relief to which the Court finds plaintiff and the class are entitled.

Respectfully submitted this 9th day of June, 2025,

/s/ Jeffrey L. Bowling
Jeffrey L. Bowling
Attorney for Plaintiff

**OF COUNSEL**:

Jeffrey L. Bowling (BOW037)
John A. McReynolds, IV (MCR008)
Evan M. Hargett (HAR411)
ROGERS, BOWLING & MCREYNOLDS, P.C.
303 N. Jackson Ave

DOCUMENT 2

P.O. Box 669
Russellville, Alabama 35653
T: (256) 332-2880
Jeff@rbmattorneys.com
John@rbmattorneys.com
Evan@rbmattorneys.com

D. Frank Davis (DAV009)
John E. Norris (NOR041)
Wesley W. Barnett (BAR141)
Dargan M. Ware (WAR089)
DAVIS & NORRIS, LLP
2154 Highland Avenue S.
Birmingham, Alabama 35205
T: (205) 930-9900
F: (205) 930-9989
fdavis@davisnorris.com
jnorris@davisnorris.com
wbarnett@davisnorris.com
dware@davisnorris.com

Plaintiff requests service upon the following Defendant(s) by way of Certified Mail return receipt requested to be issued by the Clerk:

**SUNFLOWER, LTD**
P.O. Box 5114
Fredricksburg, VA 22403-5514

**SUNFLOWER TECHNOLOGY, INC.**
P.O. Box 5114
Fredricksburg, VA 22403-5514



AlaFile E-Notice

33-CV-2025-900080.00

To:   JEFFREY LOWELL BOWLING
      jeff@rbmattorneys.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA

GARNDER GANN V. SUNFLOWER, LTD ET AL
33-CV-2025-900080.00

The following complaint was FILED on 6/9/2025 3:22:00 PM

Notice Date:    6/9/2025 3:22:00 PM

DERRICK SCOTT
CIRCUIT COURT CLERK
FRANKLIN COUNTY, ALABAMA
P. O. BOX 160
RUSSELLVILLE, AL, 35653

256-332-8861



AlaFile E-Notice

33-CV-2025-900080.00

To:  SUNFLOWER, LTD
     P.O. BOX 5114
     FREDRICKSBURG, VA, 22403

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA

GARNDER GANN V. SUNFLOWER, LTD ET AL
33-CV-2025-900080.00

The following complaint was FILED on 6/9/2025 3:22:00 PM

Notice Date:    6/9/2025 3:22:00 PM

DERRICK SCOTT
CIRCUIT COURT CLERK
FRANKLIN COUNTY, ALABAMA
P. O. BOX 160
RUSSELLVILLE, AL, 35653

256-332-8861



AlaFile E-Notice

33-CV-2025-900080.00

To:  SUNFLOWER TECHNOLOGY, INC.
P.O. BOX 5115
FREDRICKSBURG, VA, 22403

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA

GARNDER GANN V. SUNFLOWER, LTD ET AL
33-CV-2025-900080.00

The following complaint was FILED on 6/9/2025 3:22:00 PM

Notice Date:    6/9/2025 3:22:00 PM

DERRICK SCOTT
CIRCUIT COURT CLERK
FRANKLIN COUNTY, ALABAMA
P. O. BOX 160
RUSSELLVILLE, AL, 35653

256-332-8861

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>33-CV-2025-900080.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA
### GARNDER GANN V. SUNFLOWER, LTD ET AL

**NOTICE TO:** SUNFLOWER, LTD, P.O. BOX 5114, FREDRICKSBURG, VA 22403

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JEFFREY LOWELL BOWLING                                                                                                              ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 669, RUSSELLVILLE, AL 35653                                      .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of    GARNDER GANN

pursuant to the Alabama Rules of the Civil Procedure.                                                                *[Name(s)]*

| 06/09/2025 | /s/ DERRICK SCOTT | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ JEFFREY LOWELL BOWLING

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on                                                    .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to

in                                        County, Alabama on                              .

*(First and Last Name of Person Served)*          *(Name of County)*                              *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by

in                                        County, Alabama on                            who is:

*(First and Last Name of Person Served)*          *(Name of County)*                              *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)*                    *(Server's Signature)*                    *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)*    *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)*    *(Telephone Number of Designated Process Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 7/2023 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>33-CV-2025-900080.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA**
**GARNDER GANN V. SUNFLOWER, LTD ET AL**

**NOTICE TO:**  SUNFLOWER TECHNOLOGY, INC., P.O. BOX 5115, FREDRICKSBURG, VA 22403
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JEFFREY LOWELL BOWLING ,
*[Names(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 669, RUSSELLVILLE, AL 35653 .
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐  You are hereby commanded to serve this Summons and a copy of the Complaint or other document in
   this action upon the above-named Defendant.

☑  Service by certified mail of this Summons is initiated upon the written request below of          GARNDER GANN
   pursuant to the Alabama Rules of the Civil Procedure.                                               *[Name(s)]*

| 06/09/2025 | /s/ DERRICK SCOTT | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑  Certified Mail is hereby requested.              /s/ JEFFREY LOWELL BOWLING
                                                    *(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

*Certified Mail*

☐  Return receipt of certified mail received in this office on _____ .
                                                                      *(Date)*

*Personal/Authorized*

☐  I certify that I personally delivered a copy of this Summons and the Complaint or other document to
   _____ in _____ County, Alabama on _____ .
*(First and Last Name of Person Served)*   *(Name of County)*                    *(Date)*

Document left:

   ☐   with above-named Defendant;

   ☐   with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

   ☐   at the above-named Defendant's dwelling house or place or usual place of abode with some
      person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐  I certify that service of process of this Summons and the Complaint or other document was refused by
   _____ in _____ County, Alabama on _____ who is:
*(First and Last Name of Person Served)*   *(Name of County)*          *(Date)*

   ☐   the above-named Defendant;

   ☐   an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐  As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am
   at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or
   marriage to the party seeking service of process.

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |

DERRICK SCOTT
CIRCUIT COURT CLERK
P.O. BOX 160
RUSSELLVILLE, ALABAMA 35653

CERTIFIED MAIL

7022 3330 0000 3232 6774

-R-T-S-  224034229-1N

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

06/25/25

US POSTAGE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sunflower Technology Inc
Po Box 5115
Fredricksburg VA 22403

CV 25 400090

9590 9402 9208 4295 8676 53

2. Article Number (Transfer from service label)

7022 3330 0002 3232 6114

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   ($)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



AlaFile E-Notice

33-CV-2025-900080.00

Judge: BRIAN P HAMILTON

To:  BOWLING JEFFREY LOWELL
     jeff@rbmattorneys.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA

GARNDER GANN V. SUNFLOWER, LTD ET AL
33-CV-2025-900080.00

The following matter was not served on 7/1/2025

D002 SUNFLOWER TECHNOLOGY, INC.
Corresponding To
OTHER
RETURN TO SENDER UNABLE TO FORWARD

DERRICK SCOTT
CIRCUIT COURT CLERK
FRANKLIN COUNTY, ALABAMA
P. O. BOX 160
RUSSELLVILLE, AL, 35653

256-332-8861



AlaFile E-Notice

33-CV-2025-900080.00

Judge: BRIAN P HAMILTON

To:  MCREYNOLDS JOHN ANDREW IV
     johnmcbrbpc@gmail.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA

GARNDER GANN V. SUNFLOWER, LTD ET AL
33-CV-2025-900080.00

The following matter was not served on 7/1/2025

D002 SUNFLOWER TECHNOLOGY, INC.
Corresponding To
OTHER
RETURN TO SENDER UNABLE TO FORWARD

DERRICK SCOTT
CIRCUIT COURT CLERK
FRANKLIN COUNTY, ALABAMA
P. O. BOX 160
RUSSELLVILLE, AL, 35653

256-332-8861



AlaFile E-Notice

33-CV-2025-900080.00

Judge: BRIAN P HAMILTON

To:  HARGETT EVAN MICHAEL
     evan@rbmattorneys.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA

GARNDER GANN V. SUNFLOWER, LTD ET AL
33-CV-2025-900080.00

The following matter was not served on 7/1/2025

D002 SUNFLOWER TECHNOLOGY, INC.

Corresponding To

OTHER

RETURN TO SENDER UNABLE TO FORWARD

DERRICK SCOTT
CIRCUIT COURT CLERK
FRANKLIN COUNTY, ALABAMA
P. O. BOX 160
RUSSELLVILLE, AL, 35653

256-332-8861

**AlaFile E-Notice**

33-CV-2025-900080.00

Judge: BRIAN P HAMILTON

To:  DAVIS DUDLEY FRANK
fdavis@davisnorris.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA

GARNDER GANN V. SUNFLOWER, LTD ET AL
33-CV-2025-900080.00

The following matter was not served on 7/1/2025

D002 SUNFLOWER TECHNOLOGY, INC.
Corresponding To
OTHER
RETURN TO SENDER UNABLE TO FORWARD

DERRICK SCOTT
CIRCUIT COURT CLERK
FRANKLIN COUNTY, ALABAMA
P. O. BOX 160
RUSSELLVILLE, AL, 35653

256-332-8861



**AlaFile E-Notice**

33-CV-2025-900080.00

Judge: BRIAN P HAMILTON

To:   NORRIS JOHN EDWARD
      jnorris@davisnorris.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA

GARNDER GANN V. SUNFLOWER, LTD ET AL
33-CV-2025-900080.00

The following matter was not served on 7/1/2025

D002 SUNFLOWER TECHNOLOGY, INC.

Corresponding To

OTHER

RETURN TO SENDER UNABLE TO FORWARD

DERRICK SCOTT
CIRCUIT COURT CLERK
FRANKLIN COUNTY, ALABAMA
P. O. BOX 160
RUSSELLVILLE, AL, 35653

256-332-8861



AlaFile E-Notice

33-CV-2025-900080.00

Judge: BRIAN P HAMILTON

To:  BARNETT WESLEY WARRINGTON
     wbarnett@davisnorris.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA

GARNDER GANN V. SUNFLOWER, LTD ET AL
33-CV-2025-900080.00

The following matter was not served on 7/1/2025

D002 SUNFLOWER TECHNOLOGY, INC.
Corresponding To
OTHER
RETURN TO SENDER UNABLE TO FORWARD

DERRICK SCOTT
CIRCUIT COURT CLERK
FRANKLIN COUNTY, ALABAMA
P. O. BOX 160
RUSSELLVILLE, AL, 35653

256-332-8861

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CV269000080

Sunflower LTD
PO Box 5114
Fredericksburg VA 22403

9590 9402 9208 4295 8676 60

2. Article Number (Transfer from service label)

7022 3330 0002 3232 6107

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ 
☐ 

☐ 
☐ 
☐ 
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053



**USPS TRACKING #**

BIRMINGHAM AL 350

9590 9402 9208 4295 8676 60

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

\* Sender: Please print your name, address, and ZIP+4® in this box\*

Franklin County Circuit Clerk
PO Box 160
Russellville AL 35653





AlaFile E-Notice

33-CV-2025-900080.00

Judge: BRIAN P HAMILTON

To:  SUNFLOWER, LTD (PRO SE)
     P.O. BOX 5114
     FREDRICKSBURG, VA, 22403-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA

GARNDER GANN V. SUNFLOWER, LTD ET AL
33-CV-2025-900080.00

The following matter was served on 7/2/2025

C001 GANN GARNDER
Corresponding To
CERTIFIED MAIL

DERRICK SCOTT
CIRCUIT COURT CLERK
FRANKLIN COUNTY, ALABAMA
P. O. BOX 160
RUSSELLVILLE, AL, 35653

256-332-8861

## SENDER: COMPLETE THIS SECTION

- Complete Items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: CV25A00080

Sunflower LTD
PO Box 5114
Fredericksburg VA 22403

9590 9402 9208 4295 8676 60

2. Article Number (Transfer from service label)

7022 3330 0002 3232 6107

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

DOCUMENT 9

USPS TRACKING #

BIRMINGHAM AL 350
DC 230

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 9208 4295 8676 60

United States
Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box*

Franklin County Circuit Clerk
PO Box 160
Russellville AL 35653



AlaFile E-Notice

33-CV-2025-900080.00

Judge: BRIAN P HAMILTON

To:  BOWLING JEFFREY LOWELL
     jeff@rbmattorneys.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA

GARNDER GANN V. SUNFLOWER, LTD ET AL
33-CV-2025-900080.00

The following matter was served on 7/28/2025

D001 SUNFLOWER, LTD
Corresponding To
CERTIFIED MAIL

DERRICK SCOTT
CIRCUIT COURT CLERK
FRANKLIN COUNTY, ALABAMA
P. O. BOX 160
RUSSELLVILLE, AL, 35653

256-332-8861



AlaFile E-Notice

33-CV-2025-900080.00

Judge: BRIAN P HAMILTON

To: MCREYNOLDS JOHN ANDREW IV
johnmcbrbpc@gmail.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA

GARNDER GANN V. SUNFLOWER, LTD ET AL
33-CV-2025-900080.00

The following matter was served on 7/28/2025

D001 SUNFLOWER, LTD
Corresponding To
CERTIFIED MAIL

DERRICK SCOTT
CIRCUIT COURT CLERK
FRANKLIN COUNTY, ALABAMA
P. O. BOX 160
RUSSELLVILLE, AL, 35653

256-332-8861



AlaFile E-Notice

33-CV-2025-900080.00

Judge: BRIAN P HAMILTON

To: HARGETT EVAN MICHAEL
evan@rbmattorneys.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA

GARNDER GANN V. SUNFLOWER, LTD ET AL
33-CV-2025-900080.00

The following matter was served on 7/28/2025

D001 SUNFLOWER, LTD
Corresponding To
CERTIFIED MAIL

DERRICK SCOTT
CIRCUIT COURT CLERK
FRANKLIN COUNTY, ALABAMA
P. O. BOX 160
RUSSELLVILLE, AL, 35653

256-332-8861



AlaFile E-Notice

33-CV-2025-900080.00

Judge: BRIAN P HAMILTON

To:   DAVIS DUDLEY FRANK
      fdavis@davisnorris.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA

GARNDER GANN V. SUNFLOWER, LTD ET AL
33-CV-2025-900080.00

The following matter was served on 7/28/2025

D001 SUNFLOWER, LTD
Corresponding To
CERTIFIED MAIL

DERRICK SCOTT
CIRCUIT COURT CLERK
FRANKLIN COUNTY, ALABAMA
P. O. BOX 160
RUSSELLVILLE, AL, 35653

256-332-8861



AlaFile E-Notice

33-CV-2025-900080.00

Judge: BRIAN P HAMILTON

To:   NORRIS JOHN EDWARD
      jnorris@davisnorris.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA

GARNDER GANN V. SUNFLOWER, LTD ET AL
33-CV-2025-900080.00

The following matter was served on 7/28/2025

D001 SUNFLOWER, LTD
Corresponding To
CERTIFIED MAIL

DERRICK SCOTT
CIRCUIT COURT CLERK
FRANKLIN COUNTY, ALABAMA
P. O. BOX 160
RUSSELLVILLE, AL, 35653

256-332-8861



AlaFile E-Notice

33-CV-2025-900080.00

Judge: BRIAN P HAMILTON

To:  BARNETT WESLEY WARRINGTON
      wbarnett@davisnorris.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA

GARNDER GANN V. SUNFLOWER, LTD ET AL
33-CV-2025-900080.00

The following matter was served on 7/28/2025

D001 SUNFLOWER, LTD
Corresponding To
CERTIFIED MAIL

DERRICK SCOTT
CIRCUIT COURT CLERK
FRANKLIN COUNTY, ALABAMA
P. O. BOX 160
RUSSELLVILLE, AL, 35653

256-332-8861