FILED
2025 Jul-11  PM 03:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHWESTERN DIVISION

| | | |
|---|---|---|
| **GARDNER GANN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.** |
| | ) | |
| **SUNFLOWER, LTD. and** | ) | |
| **SUNFLOWER TECHNOLOGY, INC.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DECLARATION OF ANTHONY CAMPOLI

I, ANTHONY CAMPOLI, declare and state as follows:

1.    I am Head of Compliance at Sunflower Ltd. ("Sunflower").

2.    I am over eighteen years of age and am competent to make this declaration. I make this declaration based on personal knowledge, the books and records of Sunflower, and information reported to me in the ordinary course of business by individuals with a business duty to accurately report that information.

3.    Sunflower is a company organized under the laws of Israel, with its principal place of business in Israel. Sunflower's subsidiary, Sunflower Technology, Inc., is a Delaware corporation with no business or other location in Alabama.

1

4.    Sunflower and its subsidiary, Sunflower Technology, Inc., specialize in the development and publication of play-for-fun, online casino-themed social games on platforms called *iCasino* and *Crown Coins Casino* (the "Games").

5.    Sunflower's play-for-fun Games are always free to play and never require the payment of money. The Games are played with virtual tokens, called "Crown Coins" or "IC Coins" depending on the platform, which can only be used to play the Games, cannot be redeemed for real money, and are always available for free. Players can also purchase Crown Coins or IC Coins to enhance their experience. Players who purchase Crown Coins or IC Coins can receive sweepstakes entries, called "Sweeps Coins," as a bonus. Sweeps Coins are also always available for free and can never be purchased. Sweeps Coins can be redeemed for money or prizes.

6.    Sunflower maintains electronic reporting systems that contain the total amount of purchases and redemptions by users of the Games. This purchase and redemption data is captured at or near the time the purchases and redemptions are made, and the data is maintained in the ordinary course of Sunflower's business.

7.    I have reviewed the purchase and redemption data of Alabama players from Sunflower's reporting systems. According to this information:

      a. There were more than 100 players in Alabama whose total purchases exceeded their total redemptions between December 9, 2024, and June

9, 2025, even excluding those players whose total net purchases (*i.e.*, purchases less redemptions) exceeded $75,000 during that period; and

b. The total net purchases of all Alabama players between December 9, 2024, and June 9, 2025, exceeded $5,000,000, even excluding those players whose total net purchases exceeded $75,000 during that period.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this second day of July, 2025, at Essex Fells, New Jersey.

_____
ANTHONY CAMPOLI